**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MARK STEVEN CROUCH,

    Plaintiff,

v.                                       Case No: 8:23-cv-682-JSM-UAM

ROBERT EUG MALONE and B&J
TRUCKING SERVICES, INC.,

    Defendants.

_____

**ORDER OF DISMISSAL**

Before the Court is the Stipulation of Dismissal (Dkt. 19). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed with prejudice as to all claims.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 12th day of August, 2024.

                                                    JAMES S. MOODY, JR.
                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record